# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TROY O. ROBINSON and ANTHONY W. SPEARS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4,<br><br>Defendants. | Civil Action No. 1:20-cv-10203 |

## SECOND AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS NATIONAL COLLEGIATE STUDENT LOAN TRUSTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants National Collegiate Student Loan Trust 2006-2; National Collegiate Student Loan Trust 2004-1; National Collegiate Student Loan Trust 2004-2; National Collegiate Student Loan Trust 2005-1; National Collegiate Student Loan Trust 2005-2; National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-1; National Collegiate Student Loan Trust 2006-3; National Collegiate Student Loan Trust 2006-4; National Collegiate Student

Loan Trust 2007-1; National Collegiate Student Loan Trust 2007-2; National Collegiate Student Loan Trust 2007-3; National Collegiate Student Loan Trust 2007-4 (the "NCSLTs") hereby advises the court that each NCSLT is a Delaware Statutory Trust, 12 Del. C. § 3801, *et seq*. The NCSLTs have no parent corporation and no publicly held corporation owns 10% or more of its stock.

The undersigned counsel was retained to represent the NCSLTs by U.S. Bank National Association, in its capacity as Successor Special Servicer, and hereby advises the court that U.S. Bank National Association is a wholly owned subsidiary of U.S. Bancorp, a publicly held corporation. U.S. Bancorp has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Date: May 21, 2020

Respectfully submitted,

By: */s/ Anthony M. Masero*
    Anthony M. Masero (BBO# 694276)
    JONES DAY
    100 High Street, 21st Floor
    Boston, MA  02110-1781
    Telephone:  (617) 960-3939
    Facsimile:   (617) 449-6999
    amasero@jonesday.com

    *Counsel for the NCSLTs*

## **CERTIFICATE OF SERVICE**

  I, Anthony M. Masero, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 21, 2020.

              */s/ Anthony M. Masero*
              Anthony M. Masero