**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Troy O. Robinson</u>

       Plaintiff

                                    CIVIL ACTION

V.

                                    NO. <u>20-10203-ADB</u>

<u>National Collegiate Student Loan Trust 2006-2 et al</u>

       Defendant

### <u>ORDER OF DISMISSAL</u>

<u>Burroughs, D. J.</u>

     In accordance with the Court's Memorandum and Order dated <u>April 7, 2021</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                By the Court,

<u>4/7/2021</u>                                     <u>/s/ Christina McDonagh</u>
     Date                                           Deputy Clerk