## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TROY O. ROBINSON and ANTHONY W. SPEARS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2;  NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4,<br><br>        Defendants. | Docket No.: 20-cv-10203 |

## NOTICE OF APPEAL

Notice is hereby given that Troy O. Robinson and Anthony W. Spears, on behalf of themselves and all others similarly situated, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Order of Dismissal dated and

entered on April 7, 2021 granting the Motion to Dismiss of Defendants, National Collegiate

Student Loan Trust 2006-2, *et al*., and the Memorandum and Order granting Defendants' Motion

to Dismiss dated and entered on April 7, 2021.

Dated: April 29, 2021

Respectfully submitted,


By: *Peter N. Freiberg*
Peter N. Freiberg (admitted *pro hac vice*)
Lynn E. Swanson (admitted *pro hac vice*)
Jones, Swanson, Huddell & Daschbach, LLC
601 Poydras Street
Suite 601
New Orleans, Louisiana 70130
Telephone: 504-523-2500

Jason W. Burge (admitted *pro hac vice*)
Fishman Haygood L.L.P.
201 St Charles Avenue
46th Floor
New Orleans, Louisiana 70170
Telephone: 504-586-5252

Richard D. Gaudreau (Bar Number 187070)
395 Main Street
Salem, New Hampshire 03079
Telephone:  (603) 893-4300

**ATTORNEYS FOR PLAINTIFFS**
**TROY O. ROBINSON AND**
**ANTHONY W. SPEARS**

**CERTIFICATE OF SERVICE**

I, Peter N. Freiberg, hereby certify that a true copy of the foregoing Notice of Appeal was served upon the registered parties as identified on the Notice of Electronic Filing on April 29, 2021.

*Peter N. Freiberg*